# REQUIRED STATEMENT
# TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) <u>Lenora L. Givens</u>
Case No. <u>21-05530</u> Chapter <u>13</u>

All Cases: Moving Creditor <u>JPMorgan Chase Bank, N.A</u>  Date Case Filed <u>April 27, 2021</u>

Nature of Relief Sought ☒ Lift Stay ☐ Annul Stay ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____<u>N/A</u>_____ or Date Plan Confirmed <u>07/30/2021</u>

Chapter 7:  ☐ No-Asset Report filed on _____
            ☐ No-Asset Report not filed. Date of Creditor's Meeting: _____

1. Collateral
   a. ☐ Home
   b. ☒ Car 2016 <u>Chevrolet Malibu, VIN#1G1ZE5ST0GF256006</u>
   c. ☐ Other (describe)
2. Balance Owed as of September 6, 2021: $<u>10,549.21</u>
   Total of all other Liens against Collateral: $<u>0.00</u>

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in all cases) $<u>15,875.00</u>, J.D. Power Used Cars/Trucks.

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____    Amount $_____

   b. ☒ Post-Petition Default
      i. ☒ On direct payments to the moving creditor
         Number of months <u>3</u>    Amount $<u>1,308.68</u>

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____    Amount $_____

6. Other Allegations
   a. ☒ Lack of Adequate Protection 11 U.S.C. §362(d)(1)
      i.   ☐    No insurance
      ii.  ☐ Taxes unpaid     Amount $_____
      iii. ☒ Rapidly depreciating asset
      iv.  ☐ Other _____

   b. ☐ No Equity and Not Necessary for an Effective Reorganization 11 U.S.C. §362(d)(2)

   c. ☐ Other "Cause" 11 U.S.C. §362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple filings
      iii. ☐ Other (describe) _____

1

21-008233_BLJ1

    d.   Debtor's Statement of Intention regarding the Collateral

        i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☒ No Statement of Intention Filed

Date: 09/14/2021

Respectfully submitted,

/s/Edward H. Cahill

Edward H. Cahill (0088985)
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Adam B. Hall (0088234)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Edward H. Cahill.
Contact email is ehc@manleydeas.com

(Rev. 12/21/09)

21-008233_BLJ1