UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   21-05530 |
| Lenora L. Givens | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY AS TO 2016
CHEVROLET MALIBU VIN 1G1ZE5ST0GF256006 (DOCKET # 26)**

This matter coming to be heard on the Motion for Relief from Stay (Dkt. #26) which was filed in this court by JPMorgan Chase Bank, N.A ("Creditor"), Creditor and Lenora L. Givens ("Debtor"), by and through his attorneys have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Creditor;
Debtor failed to make regular monthly payments to Creditor and is currently in default for the months of August 2021 through September 2021, incurring a total post-petition arrearage of $769.66, which consists of 1 partial post-petition payment for August 28, 2021 at $329.99 and 1 post-petition payment for September 28, 2021 at $439.67.

IT IS HEREBY ORDERED:

1.     In order to partially eliminate said post-petition delinquency, Counsel for Debtor has mailed $750.00 to Creditor on October 15, 2021 reducing the post-petition delinquency to $19.66.

2.    In order to eliminate said post-petition delinquency, Debtor agrees to send the remaining $19.66 to Creditor on or before November 11, 2021.

3.    That Creditor must receive the payments listed on Paragraph #1 and Paragraph #2 on or before the corresponding date. If Creditor fails to receive any one scheduled payment, the repayment schedule is void and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after mailing notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Creditor, its principals, agents, successors and/or assigns as to the subject property, upon filing a Notice of Failure to Comply with Order with the clerk of the court.

4.    The Debtor must continue to make timely post-petition payments directly to Creditor beginning October 28, 2021.

5.    If Debtor fails to pay two (2) future monthly payment on or before the date on which it is due and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after Creditor mailed notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Creditor, its principals, agents, successors and/or assigns as to the subject property, upon filing a Notice of Failure to Comply with Order with the clerk of the court.

6.    Upon dismissal, discharge, chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding, payments will be due pursuant to the terms of the original loan agreement and Creditor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor.

7.    If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

/s/Edward H. Cahill
Attorney for Creditor

/s/John Ellmann
Attorney for Debtor

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:   October 22, 2021

**Prepared by:**

Edward H. Cahill (0088985)
Todd J. Ruchman (6271827)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Movant